## Case No. 9,208.

### The MARY E. RIGGS.

[Cited in Baker v. The Slobodna, 35 Fed. 544. Nowhere reported; opinion not now accessible.]